TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

*************************************

-v-

*************************************

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ___
Name: Douglas Pravda
Firm Name:
Address:

Phone Number:
E-Mail Address:

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ___
If yes, state description of document to be entered on docket sheet:
Fin Aff + CJA voucher

**MANDATORY CERTIFICATION OF SERVICE:**
A) ___ A copy of this application either has been or will be promptly served upon all parties to this action. B) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or C) ___ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

Sealed by criminal duty Magistrate

_____          Judge Azrack
DATE                             SIGNATURE

13 MISC 767

A) **If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:
Judge/Magistrate Judge:
Date Entered:

B) **If a new application**, the statute, regulation, or other legal basis that authorizes filing under seal

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: _____, NEW YORK

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE

_____
DATE

; dated: 9/17/13
Felix